AO.240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

*Ivory Dews*

District of  COLUMBIA

FILED

JUL 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff

v.

*Deputy Warden Stanley Waldern*

*U.S. Parole Commission*

Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

08 1249

CASE NUMBER:  *2008 CNC 122*
*F 04446-79*

I, *Ivory Dews* _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant/respondent  ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?  ☑ Yes  ☐ No  (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution?  *NO*   Do you receive any payment from the institution?  *NO*

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?  ☐ Yes  ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment        ☐ Yes  ☑ No
    b.  Rent payments, interest or dividends                  ☐ Yes  ☑ No
    c.  Pensions, annuities or life insurance payments        ☐ Yes  ☑ No
    d.  Disability or workers compensation payments           ☐ Yes  ☑ No
    e.  Gifts or inheritances                                 ☐ Yes  ☑ No
    f.  Any other sources                                     ☐ Yes  ☑ No

RECEIVED

JUN 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

4.  Do you have any cash or checking or savings accounts?        ☐ Yes        ☑ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes        ☑ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)

    I. D. Father
    I. D. Father

I declare under penalty of perjury that the above information is true and correct.

_____            _____
Date                            Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted.  Let the applicant proceed without prepayment of costs  or fees or the necessity of giving security thereof. |
|---|---|
| | 7/11/68 |
| United States Judge          Date | United States Judge          Date |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## PRISONER TRUST ACCOUNT REPORT

Name: __DEWS, IVORY_____    Registration #: ___195508_____

Please submit this to the trust officer of every institution in which you have been confined during the preceeding six months. Submit the completed forms and supporting ledger sheets to the Court.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To:    Trust Officer
From: Clerk, U.S. District Court for the District of Columbia

Under the Prison Litigation Reform Act (PLRA), a prisoner filing a civil action must obtain from the t officer of each institution in which the prisoner was confined during the preceeding six months a certi copy of the prisoner's trust account statement for the six months prior to filing of the action. 28 U.S.C 1915 (a) (2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the priso

BALANCE at time of filing of action:          ___$28.16_____

AVERAGE MONTHLY DEPOSITS
during the six months prior to filing
of the action:                                 ___$0.00_____

AVERAGE MONTHLY BALANCE
during the six months prior to filing
of the action:                                 ___$9.05_____

I certify that the above information accurately states the deposits and balances in applicant's trust fund account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

Date: __20-May-2008_____

Authorized Signature: _____

Title: _____Inmate Finance Asst._____