UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ivory Dews.,                          )
                                      )
            Petitioner,               )
                                      )
      v.                              )   Civil Action No. 08-1249
                                      )
Deputy Warden Stanley Waldern *et al.*, )
                                      )
            Respondents.              )

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 21 day of July 2008,

ORDERED that respondent, by counsel, shall, within 30 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the named respondents, the United States Attorney for the District of Columbia and the District of Columbia Attorney General.

/s/ Rosemary M. Collyer
United States District Judge