UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IVORY DEWS, | : | |
|     Petitioner | : | Civil Action No. 08-1249 (RMC) |
| | : | |
|     v. | : | |
| | : | |
| WARDEN STANELY WALDERN, et. al., | : | |
|     Respondents | : | |

**NOTICE OF APPEARANCE**

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case.

                                                  Respectfully submitted,

                                                  JEFFREY A. TAYLOR
                                                  United States Attorney
                                                  D.C. Bar Number 498-610

                                                    /s/ John P. Mannarino
                                                  JOHN P. MANNARINO
                                                  Assistant United States Attorney
                                                  Chief, Special Proceedings Division
                                                  D.C. Bar Number 444-384

                                                  /s/ Sherri L. Berthrong
                                                  SHERRI L. BERTHRONG
                                                  Assistant United States Attorney
                                                  D.C. Bar No. 249-136
                                                  Sherri.Berthrong@usdoj.gov
                                                  Special Proceedings Division
                                                  555 4th Street, N.W., Room 10-450
                                                  Washington, D.C. 20530
                                                  (202) 514-6948

-2-

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Ivory Dews, DCDC # 195-508, Department of Corrections Correctional Treatment Facility, 1901 E Street, S.E., Washington, D.C. 20003, this 30th day of July, 2008.

                                          /s/ Sherri L. Berthrong
                                          Sherri L. Berthrong
                                          Assistant United States Attorney