UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ivory Dews

Reg: NO. 26655-037 DCDC 195-508

DC Central Detention Facility
1901 E Street S.E. C.T.F.
Washington, D.C. 20003

RECEIVED
AUG 8 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ivory Dews
                Petitioner

V.                                    Civil Action No. 08-1249 (RMC)

WARDEN STANLEY WALDERN et al,
                Respondents

Comes now the petitioner in the above captioned matter asking the court to appoint Pro-Bono counsel in accord with the 6 Amendment to the Constitution of the United States.

Respectfully Submitted on this 5th day of August 2008

Ivory Dews

*Ivory Dews*