| U.S. Department of Justice | PROCESS RECEIPT AND RETURN | |
|---|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" | |

| PLAINTIFF<br>Ivory Dews | COURT CASE NUMBER<br>08-1249 RMC |
|---|---|
| DEFENDANT<br>Deputy Warden Stanley Waldern, Et Al | TYPE OF PROCESS<br>Order to Show Cause |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Stanley Waldern, Deputy Warden, DC Jail
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1901 D Street, Washington, DC 20003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 16 | District to Serve<br>No. 16 | Signature of Authorized USMS Deputy or Clerk | Date<br>7/14/08 |
|---|---|---|---|---|---|

RECEIVED AUG 8 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Comments* Warden Doesn't Accept process. Person who does accept it is on vacation.

Date 8/6/08   Time 1445 ☐am ☑pm

Signature of U.S. Marshal or Deputy
K. Kraan # 3969

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: 1st Endeavor - 8/4/08 9:50am Waldern out of office. Return Unknown Whereabouts
2nd Endeavor - 8/4/08 2:30pm. Advised of Info on back. Unknown. W. Webb, 3685
3rd Endeavor - 8/6/08 1445pm. Person that signs for process out all week K. Kraan 3969

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00