UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVORY DEWS, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-1249 (RMC) |
| | ) FO916-96 |
| DEPUTY WARDEN STANLEY WALDERN, *et.al.*, | ) |
| Respondents. | ) |

**DISTRICT OF COLUMBIA'S RESPONSE TO ORDER TO SHOW CAUSE**

Petitioner Ivory Dews filed a pro se petition for writ of habeas corpus, challenging his detention at D.C. Department of Corrections Central Detention Facility. As directed by the Court, the District of Columbia, through counsel, respectfully files this response to the Court's Order to show cause.

1. Petitioner claims he served his 27 year aggregate sentence but the U.S. Parole Commission has unlawfully changed his sentence. The United States Parole Commission's Opposition to Petitioner's Petition for a Writ of Habeas Corpus, states that the petitioner "failed to account for the forfeiture of time he spent on parole each time his parole has been revoked, which has caused his full-term sentence date to be extended."

2. The District of Columbia cannot respond to the merits of the petition because it has no authority over parole matters. Under the National Capital Revitalization and Self-Government Improvement Act of 1997, Pub. L. 105-33, D.C. Code § 24-101 -131 (2001), the United States Congress transferred responsibility for the imprisonment of D.C. felons from the District of Columbia to the Federal Bureau of Prisons, and also transferred the parole authority for such felons from the D.C. Board of Parole to the U.S. Parole Commission. Crawford v.

Jackson, 323 F.3d 123, 125-126 (D.C. Cir. 2003). In accordance with the Act, the D.C. Board of Parole has been disbanded, and the U.S. Parole Commission has assumed all its parole functions. Thus, the District of Columbia has no ability or authority to respond to the merits of the habeas corpus petition, but will abide by any decision of the Court.

Dated: August 25, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Toni Michelle Jackson*
        TONI MICHELLE JACKSON [453765]
        Chief, General Litigation Section III

        */s/ Nicholas Coates*
        NICHOLAS COATES[1]
        Assistant Attorney General
        441 Fourth Street, N.W., 6th Floor
        Washington, D.C. 20001
        (202) 724- 6644 (office)
        (202) 742-0578 (fax)
        Email: Nicholas.Coates@dc.gov

---

[1] Appearance entered under D.C. App. 49(c)(4).

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2008, I caused the foregoing District of Columbia's Response to Order to Show Cause to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Sherri L. Berthrong, counsel for the United States Parole Commission, and also sent a copy via U.S. mail, first-class postage prepaid to:

Ivory Dews
DCDC # 195-508
D.C. Department of Corrections Correctional Treatment Facility
1901 E Street SE
Washington, DC, 20003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVORY DEWS, | ) |
| | ) |
|       Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08-1249 (RMC) |
| | ) FO916-96 |
| DEPUTY WARDEN STANLEY WALDERN, *et.al.,* | ) |
| | ) |
|       Respondents. | ) |
| | ) |

ORDER

Upon consideration of the District of Columbia's Response to Order to Show Cause, it is by the Court this _____ day of _____, 2008,

ORDERED, that the Order to Show Cause is hereby DISCHARGED.

_____
United States District Judge

cc:

Ivory Dews
DCDC # 195-508
D.C. Department of Corrections Correctional Treatment Facility
1901 E Street SE
Washington, DC, 20003

Nick Coates
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, DC 20001

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Division
555 4th Street, NW Room 10-450
Washington, DC 20530