UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVORY DEWS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08-1249 (RMC) |
| | ) |
| STANLEY WALDERN, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

### ORDER

This matter is before the Court on petitioner Ivory Dews's motion for the appointment of counsel to represent him in this *habeas corpus* action. The Court will deny the motion for the following reasons.

Petitioners in civil cases generally do not have a constitutional or statutory right to counsel. *See Willis v. F.B.I.*, 274 F.3d 531, 532-33 (D.C. Cir. 2001); *Ray v. Robinson*, 640 F.2d 474, 477 (3rd Cir. 1981). If a petitioner is proceeding *in forma pauperis*, the court is authorized to appoint counsel under 28 U.S.C. § 1915(e)(1), but is not obliged to do so unless the petitioner demonstrates such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness. *See Cookish v. Cunningham*, 787 F.2d 1, 2 (1st Cir. 1986). "Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it." *Id*.

Mr. Dews has not stated his need for the assistance of counsel. The Court has considered the potential merits of the claim, the complexity of the legal and factual issues involved, Mr. Dews's *pro se* representation thus far, and the degree to which the interests of justice will be served by appointing counsel, including the benefit the court may derive from the assistance of the

appointed counsel. *See* Local Civil Rule 83.11(b)(3). The Court has also taken into consideration the limited *pro bono* resources available to it. After carefully reviewing and weighing these factors, the Court concludes that the appointment of counsel is not warranted at this time. Accordingly, it is hereby

**ORDERED** that Mr. Dews's motion for the appointment of counsel [Dkt. # 7] is **DENIED** without prejudice.

Date: September 3, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge