UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVORY DEWS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08-1249 (RMC) |
| | ) |
| STANLEY WALDERN, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

## ORDER

This *habeas corpus* action is before the Court on the respondents' opposition to Mr. Ivory Dews's petition.  Because the Court's consideration of this response could result in dismissal of the case, Mr. Dews is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case." *Id*. at 509.  In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded."  Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that Mr. Dews shall respond to the respondents' opposition to his habeas petition by **October 7, 2008**.  If he does not respond by that date, the Court will treat the opposition as conceded and may summarily deny the petition and dismiss the case.

Date: September 3, 2008

                                    /s/
                         ROSEMARY M. COLLYER
                         United States District Judge